# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1193

_____

Daniel Bryce Hurlbut

*Plaintiff - Appellant*

v.

Washington County Detention Center

*Defendant*

Sheriff Tim Helder; Karas Medical Team; Dr. Karas; Veronica Dockery; Ken
Hughes; Landon Harris; Regina Walker; Lieutenant Foster

*Defendants - Appellees*

John Doe Deputies

*Defendant*

Deputy Josve Velasco; Deputy Skinkis; Deputy Uriel Paredes

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 6, 2019
Filed: September 11, 2019
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, former inmate Daniel Bryce Hurlbut appeals the district court's[1] adverse grant of summary judgment. Viewing the record and all reasonable inferences in Hurlbut's favor, see Allard v. Baldwin, 779 F.3d 768, 771 (8th Cir. 2015) (de novo review), we find no error in the district court's thorough analysis of Hurlbut's claims.[2] The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

[2]We lack jurisdiction to consider Hurlbut's challenges to a magistrate judge's adverse rulings on nondispositive pretrial matters, because he did not timely object to those orders below. See Daley v. Marriott Int'l, Inc., 415 F.3d 889, 893 n.9 (8th Cir. 2005) (when parties do not consent to final disposition by magistrate, this court lacks jurisdiction to consider direct appeal of magistrate's order on nondispositive pretrial matter).